UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IRENE TOTH and LUCY EMOND,

    Plaintiffs,

    v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

Case No. 09-cv-425-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation to Dismiss filed by Plaintiffs Irene Toth and Lucy Emond (Doc. 7). Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows dismissal of an action by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs. The defendant has not filed an answer or motion for summary judgment in this case. Because the plaintiffs have an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: June 30, 2009**

                  s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**