UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IRENE TOTH and LUCY EMOND,

        Plaintiffs,

     v.                            Case No. 09-cv-425-JPG

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

        Defendant.

**JUDGMENT**

This matter having come before the Court, and the plaintiff having filed a notice of

dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with

prejudice.

**JUSTINE FLANAGAN, Acting Clerk**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: June 30, 2009**

**Approved:**   s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**